# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　Case No. 18 B 20026

　　Arlene Mitchell

　　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2018.

2) The plan was confirmed on 11/13/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 02/25/2019.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,751.00 |
| Less amount refunded to debtor | $350.00 |
| **NET RECEIPTS:** | **$2,401.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,686.18 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $124.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,810.58** |

Attorney fees paid and disclosed by debtor:      $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aes/suntrust | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| Amer Fst Fin | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| American First Finance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ARS/Account Resolution Specialist | Unsecured | 942.00 | NA | NA | 0.00 | 0.00 |
| Ashford University | Unsecured | 3,196.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Bank of America | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Blue Trust Loans | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Campbell Health Solutions | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Capella | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago - Tickets | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Services | Unsecured | 1,378.00 | NA | NA | 0.00 | 0.00 |
| CNAC Glendale Heights | Unsecured | 3,605.00 | NA | NA | 0.00 | 0.00 |
| Colorado Technical University | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Conduent/ACS | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance | Unsecured | 6,637.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 6,734.00 | 6,623.03 | 6,623.03 | 518.34 | 72.08 |
| Department Of Education | Unsecured | 86,043.00 | 107,022.86 | 107,022.86 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 2,109.00 | 2,133.09 | 2,133.09 | 0.00 | 0.00 |
| Fair Collections & Outsourcing | Unsecured | 4,830.00 | NA | NA | 0.00 | 0.00 |
| Governors State | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 256.00 | 241.49 | 241.49 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 794.00 | 1,014.52 | 1,014.52 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 250.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 439.00 | 439.04 | 439.04 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Kaplan State | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Loan at Last | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 474.00 | 488.61 | 488.61 | 0.00 | 0.00 |
| Nova Southeastern | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Strayer University | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Serivces | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| University of the Rockies | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Matteson | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,623.03 | $518.34 | $72.08 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,623.03** | **$518.34** | **$72.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $241.49 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$241.49** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$112,098.12** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,810.58 |
| Disbursements to Creditors | $590.42 |
| **TOTAL DISBURSEMENTS:** | **$2,401.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/29/2019    By: /s/ Marilyn O. Marshall
                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**